SCWC-18-0000676

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ALLY BANK,
Respondent/Plaintiff-Counterclaim Defendant-Appellee,

vs.

JOHN HOCHROTH,
Petitioner/Defendant-Counterclaim Plaintiff-Appellant,

and

SABINA MYOHYUNG HOCHROTH aka SABINA MYO-HUANG HOCHROTH;
ISLAND HOME MORTGAGE, LLC,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000676; CIV. NO. 16-1-0313-02)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ.,
and Circuit Judge Kubo, in place of McKenna, J., recused)

Petitioner/Defendant-Counterclaim Plaintiff-Appellant

John Hochroth's application for writ of certiorari, filed on

February 1, 2019, is hereby rejected.

DATED: Honolulu, Hawai'i, March 15, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Edward H. Kubo, Jr.

